IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JORDAN DEEDS**                                                                                    **PLAINTIFF**

v.                                            4:20-CV-01272-BSM

**WAYNE FARMS, LLC**                                                                         **DEFENDANT**

## ORDER

Jordan Deeds's unopposed motion for voluntary dismissal [Doc. No. 12] is granted, and his claims are dismissed without prejudice. Fed. R. Civ. P. 41.

IT IS SO ORDERED this 14th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE