IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JORDAN DEEDS**  **PLAINTIFF**

v.  **4:20-CV-01272-BSM**

**WAYNE FARMS, LLC**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE